## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

$22,232.00 IN U.S. CURRENCY,

                    Defendant.

Civil No. 09-2211 (JRT/AJB

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

_____

        James Alexander, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

        Based on the motion of the United States for an order granting default judgment against Terrance Bauer and all unknown persons and entities having an interest in the defendant currency who have failed to file a verified statement of claim and answer, and for a final order of forfeiture forfeiting the defendant currency to the United States; and based on all the files and records in this action, and the Court's finding as follows that:

        1.     A verified Complaint for Forfeiture *In Rem* with supporting Affidavit Of Steven Lomicka In Support of Complaint for Forfeiture *In Rem* was filed on August 24, 2009, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

        2.     On August 27, 2009, the Plaintiff served F. Clayton Tyler, as counsel for Terrance Bauer, by certified mail with a copy of the Notice of Judicial Forfeiture

Proceedings, the Verified Complaint, the Affidavit In Support of Complaint, and the Warrant of Arrest and Notice *In Rem*.

3.      Notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning August 26, 2009.

4.      No verified statement of claim or answer to the Complaint for Forfeiture has been filed in this action, and the time for filing a verified claim and answer has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.      default judgment is entered against Terrance Bauer and all unknown persons and entities having an interest in the defendant currency who have failed to file a verified claim and answer in this proceeding; and

2.      all right, title and interest in the defendant $22,232.00 in United States currency is forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  November 9, 2009
at Minneapolis, Minnesota.                    _____ s/John R. Tunheim_____
                                                                        JOHN R. TUNHEIM
                                                                        United States District Judge